**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

___

**NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS' HEALTH FUND, et al.**

          **Plaintiffs,**

v.                                                                                             Case No. 19-cv-950

**URBAN CONSTRUCTION ADMINISTRATION, LLC,**

          **Defendant.**
___

**NOTICE OF VOLUNTARY DISMISSAL**

___

Pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P., the Plaintiffs hereby voluntarily dismiss the above-entitled action without prejudice.

Dated this 16th day of March, 2020.

                                              s/John J. Brennan
                                              John J. Brennan (SBN 1018604)
                                              The Previant Law Firm, S.C.
                                              310 West Wisconsin Avenue
                                              Milwaukee, WI   53203
                                              414-271-4500 (Telephone)
                                              414-271-6308 (Fax)
                                              Email: jjb@previant.com

                                              Attorney for Plaintiffs